UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUMAYA HUSSEIN, on behalf of herself and all others similarly situated,

              Plaintiffs,

v.

SPIRIT AIRLINES, INC.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.: 1:23-cv-3483

The Honorable Elaine E. Bucklo

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendant Spirit Airlines, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 21, 2023

| For Plaintiff Sumaya Hussein | For Defendant Spirit Airlines, Inc. |
|---|---|
| *s/Yaakov Saks*_____<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | CONDON & FORSYTH LLP<br><br>/s/ Jonathan E. DeMay_____<br>Jonathan E. DeMay*<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Tel: (212) 490-9100<br>jdemay@condonlaw.com<br>cpetallides@condonlaw.com<br>* Admitted to N.D. Ill. Trial Bar |

|  | - and – |
|--|--|
|  | VALENTINE AUSTRIACO & BUESCHEL, P.C.<br>Susan Valentine<br>300 E. Randolph, Suite 3400<br>Chicago, IL 606061<br>Tel: (312) 288-8285<br>svalentine@VABlawfirm.com |

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
*Attorneys for Plaintiff*